# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| VAL-COM ACQUISITIONS TRUST and<br>MARIA S. LANCASTER | §<br>§<br>§ | |
| V. | §<br>§ | CASE NO. 4:10-CV-407<br>Judge Schneider/Judge Mazzant |
| WELLS FARGO BANK, N.A.<br>and CITIMORTGAGE, INC. | §<br>§ | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 15, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Joint Motion to Dismiss Pursuant to Rule 12(b)(6) (Dkt. #17) should be GRANTED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants' Joint Motion to Dismiss Pursuant to Rule 12(b)(6) (Dkt. #17) is GRANTED and Plaintiffs' claims are DISMISSED with prejudice.

**IT IS SO ORDERED.**

**SIGNED this 7th day of April, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE